NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Chris J. Zhen (SBN 275575)
Zhen Law Firm
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715

ATTORNEY(S) FOR: Plaintiff Rachel Yates

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Rachel Yates | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-6204 |
| v. | |
| Petco Animal Supplies Stores, Inc. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Rachel Yates_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Rachel Yates | Plaintiff |
| Petco Animal Supplies Stores, Inc. | Defendant |

July 31, 2021                           /s/ Chris J. Zhen
Date                                    Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Rachel Yates

CV-30 (05/13)                      **NOTICE OF INTERESTED PARTIES**