**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rachel Yates <br><br><br> v. <br><br> Petco Animal Supplies Stores, Inc. | CASE NUMBER <br><br> CV 21-6204-JFW(GJSx) |

PLAINTIFF(S)

DEFENDANT(S).

☐ **NOTICE**   ☒ **NOTICE AND ORDER REGARDING TRANSFER AND/OR REASSIGNMENT OF PATENT CASE**

IT IS HEREBY ORDERED, pursuant to General Order 21-11, that:

☒ this case be transferred to the Patent Program and reassigned as necessary to participating judges.

☒ all discovery matters that are or may be referred to a magistrate judge be reassigned to a Program Magistrate Judge.

August 3, 2021
_____
Date

_____
United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

As ordered above, or as directed by General Order 21-11 without need of further order, this case has been reassigned as follows:

☒ from Judge   John F. Walter
to Judge   John A. Kronstadt   , for all further proceedings.

☐ from Magistrate Judge   _____
to Magistrate Judge   _____   , for any discovery matters that are or may be referred to a magistrate judge.

On all documents subsequently filed in this case, please substitute the initials   JAK   after the case number, so that the case number will now read :

**2:21-cv-06204 JAK(GJSx)**

This is very important because documents are routed to the assigned judges by means of these initials.

cc:  ☑ *Previous Judge(s)*