1  ZHEN LAW FIRM
2  CHRIS J. ZHEN (SBN 275575)
   chris.zhen@zhenlawfirm.com
3  5670 Wilshire Blvd, Suite 1800
4  Los Angeles, CA 90036
   Phone: (213) 935-0715
5  *Attorneys for Plaintiff*
6  RACHEL YATES

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| RACHEL YATES, | Case No.: 2:21-cv-06204-JAK-GJS |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |
| vs. | |
| PETCO ANIMAL SUPPLIES STORES, INC., | HON. JOHN A. KRONSTADT |
| Defendant. | COURTROOM: 10B |
| | DATE: DEC 1, 2021 |
| | TIME: 8:30 AM |

Plaintiff Rachel Yates ("Plaintiff"), by and through her counsel, moves this Court for leave to file its proposed First Amended Complaint (FAC) pursuant to Fed. R. Civ. P. 15(a)(2). The FAC deletes references to the accused products for the Pawtitas brand pet harnesses. The FAC is filed concurrently with this Motion.

Plaintiff, through her counsel, filed the Complaint in the above-captioned matter on July 31, 2021 alleging patent infringement by accused products

including Pawtitas brand products. The allegations have been resolved with respect to the Pawtitas brand products. Accordingly, Plaintiff desires to amend the Complaint to delete these allegations.

The amendments include the follow changes: all entries for "Pawtitas" products in the table starting on page 6, beginning with table entry "18", to page 7, table entry "35" are deleted. Table entries "36" and "37" are renumbered as "18" and "19", respectively.

Plaintiff met and conferred with Defendant regarding amending the complaint in order to avoid unnecessary motion practice. Defendant does not oppose the motion but has not stipulated to it.

The U.S. Court of Appeals for the Ninth Circuit has stated that "[R]ule 15's policy of favoring amendments should be applied with 'extreme liberality.'" *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987) (quoting *U.S. v. Webb*, 655 F.2d 977, 979 (9th Cir. 1981)).

For the foregoing reasons, Plaintiff requests that this Court grant Plaintiff's Motion for Leave to File its First Amended Complaint.

Respectfully Submitted,

Dated: October 15, 2021    ZHEN LAW FIRM

By: ___/Chris J. Zhen/___
Chris J. Zhen
*Attorneys for Plaintiff*
RACHEL YATES

UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER
CASE NO. 2:21-CV-06204-JAK-GJS        -2-

## L.R. 7-3 STATEMENT

Undersigned counsel certifies that, prior to filing the instant motion, counsel conferred concerning this motion with David Reed, counsel for Defendant, on October 13, 2021 and October 14, 2021 via email. Mr. Reed indicated that Petco Animal Supplies Stores, Inc. would not oppose this motion.

By: /Chris J. Zhen/

UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER
CASE NO. 2:21-CV-06204-JAK-GJS -3-

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of October, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission, first class mail, and/or electronic mail.

By: ___/Chris J. Zhen/___

UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER
CASE NO. 2:21-CV-06204-JAK-GJS         -4-