IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| RACHEL YATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PETCO ANIMAL SUPPLIES STORES, INC.,<br><br>　　　　Defendant. | Case No.: 2:21-cv-06204-JAK-GJS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Upon consideration of Plaintiff's Unopposed Motion for Leave to File First Amended Complaint, IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint is **GRANTED**.

**IT IS SO ORDERED.**

Dated: October __, 2021　　　　　_____

　　　　　　　　　　　　　　　　　Hon. John A. Kronstadt
　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

-1-