ZHEN LAW FIRM
CHRIS J. ZHEN (SBN 275575)
*chris.zhen@zhenlawfirm.com*
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036
Phone: (213) 935-0715
*Attorneys for Plaintiff* RACHEL YATES

KILPATRICK TOWNSEND & STOCKTON LLP
TAYLOR J. PFINGST (SBN 316516)
*tpfingst@kilpatricktownsend.com*
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 248-3830
Direct:      (310) 966-4955
Facsimile:  (310) 860-0363
*Attorneys for Defendant*
PETCO ANIMAL SUPPLIES STORES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| RACHEL YATES,<br><br>      Plaintiff,<br><br>vs.<br><br>PETCO ANIMAL SUPPLIES STORES, INC.,<br><br>      Defendant. | Case No.: 2:21-cv-06204-JAK-GJS<br><br>**STIPULATED MOTION TO AMEND COMPLAINT**<br><br>Judge: Hon. John a. Kronstadt<br><br>Complaint Filed: July 31, 2021 |

STIPULATED MOTION TO AMEND COMPLAINT
CASE NO. 2:21-CV-06204-JAK-GJS       -1-

Plaintiff Rachel Yates ("Plaintiff") and Defendant Petco Animal Supplies Stores, Inc. ("Defendant"), by and through their respective counsel, submit this Stipulated Motion to Amend Complaint ("Motion"). In support of this Motion, the Parties state as follows:

1. Good cause exists to grant this Motion. Among other things, Plaintiff has advanced this case by removing allegations relating to claim 1 and indirect infringement of the asserted patent in the Second Amended Complaint (SAC), attached hereto as Exhibit A. A redline version of the SAC showing all additions and deletions is attached hereto as Exhibit B.

2. Pursuant to Fed. R. Civ. P. 15(a)(2), "a party may amend its pleading with the opposing party's written consent or the court's leave."

3. Defendant consents to Plaintiff amending her complaint in the form attached hereto. As such, the Parties stipulate to the entry of the SAC.

4. Among other changes, the amendments delete allegations with respect to infringement of claim 1 and indirect infringement.

5. Specifically, the SAC includes the following changes:

> Page 2, line 2, "… person who residents" has been amended to state "person who resides."
>
> Page 2, line 7, "… one of the largest pet retailer of services and products for animals" has been amended to state "one of the largest retailers of services and products for pets."

Page 2, lines 15-17, deleted "and has induced acts of patent infringement by others" and removed "and has contributed to patent infringement by others in this district."

Page 2, lines 15-17, deleted page end markers "///".

Page 3, line 1, added "True and correct copies of screen captures (accessed on July 14, 2021) of the Accused Products are attached as Exhibits B1-B19."

Page 6, lines 16-19, paragraph 17 has been amended to state "On information and belief, Defendant has and continues to directly infringe either literally or under the doctrine of equivalents, or both, Claim 6 by selling, offering to sell, making, using, providing, causing to be used the Accused Products"

Page 6, lines 21-23, paragraph 18 has been amended to state "On information and belief, the Accused Products have been used to infringe and continue to directly infringe Claim 6 of the '650 Patent during the pendency of the '650 Patent."

Pages 7 line 19 to page 8 line 6, former paragraph 20 has been deleted, with new paragraph 20 added, stating "Each and every one of the Accused Products is an animal harness that includes each and every element of Claim 6, including the strap having the first end loop and second end loop, the first and second adjusters, the first leg loop and second leg loop. Each and every one of the Accused Products includes the strap extending from the first end loop inserted through the first leg adjuster and then back through the first leg adjuster forming the first leg loop, and then through the second adjuster and

back through the second adjuster forming the second leg loop, and through the first end loop forming a triangular-shaped opening with the first adjuster, second adjuster and first end loop as the apexes for the triangular opening, with the triangular opening for the head or the tail of the animal depending if installed on the chest of the animal or on the rear end of the animal, respectively."

Page 8, line 8, "and/or indirectly infringing" has been deleted.

Page 8 line to 13, paragraphs 23 and 24 have been deleted.

Page 9, line 6, ", or inducing infringement by others, of" has been deleted

Page 9, line 7, "and/or indirectly" has been deleted.

6. For the foregoing reasons, the Parties request the SAC be entered.

I, Chris J. Zhen, attest that the other signatory on this Stipulated Motion to Amend Complaint concurs in the filing's content and has authorized the filing.

Respectfully Submitted,

Dated: November 22, 2021   ZHEN LAW FIRM

By:  /Chris J. Zhen/
     Chris J. Zhen
Attorneys for Plaintiff RACHEL YATES

Dated: November 22, 2021   KILPATRICK TOWNSEND & STOCKTON LLP

By:  /s/ Taylor J. Pfingst (w/ express permission)
     TAYLOR J. PFINGST
Attorneys for Defendant PETCO ANIMAL SUPPLIES STORES, INC.

STIPULATED MOTION TO AMEND COMPLAINT
CASE NO. 2:21-CV-06204-JAK-GJS    -4-

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 22th day of November, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission, first class mail, and/or electronic mail.

By:    /Chris J. Zhen/

STIPULATED MOTION TO AMEND COMPLAINT
CASE NO. 2:21-CV-06204-JAK-GJS    -5-