# EXHIBIT B1





# EXHIBIT B2

Up to 50% off, shop the Ruff & Mews Sales while it lasts!

petco

Search...

Account

Your store: **LA-HOPE ST.**   Delivering to: **90017**

Services   Rewards   Monthly Offers   Live Help

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Patterned Dog Harnesses

### 5280DOG Orange Nylon Braided Step-In Harness, Small

**5280DOG+**   ★★★★☆   **28 Reviews** | Answered Questions



SALE

Tap to zoom

**$9.99**  reg $19.99

Size
Small

○ Free Pickup
Not Available at LA-HOPE ST.

● Delivery to 90017
Free 1-2 Day Shipping on $35+ ⓘ
Order within 11 hours 31 mins - Get it Fri, Jul 16

−  1  +    **ADD TO CART**

## Frequently Bought Together



☑ This Item: 5280DOG Orange Nylon Braided Step-In Harness
★★★★☆ (28)

+

☑ Hill's Science Diet Adult Sensitive Stomach & Skin Small Bites...
★★★★★ (51)

+

☑ You & Me Grey Durable Dog Mat
★★★★☆ (435)

Total Price: **$39.98**

**ADD ALL 3 TO CART**

# EXHIBIT B3



Up to 50% off, shop the Ruff & Mews Sales while it lasts!

## petco

Search...

Account

Your store: **LA-HOPE ST.**   Delivering to: **90017**

Services   Rewards   Monthly Offers   Live Help

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Patterned Dog Harnesses

### 5280DOG Red Nylon Braided Step-In Harness, Small

**5280DOG**   **32 Reviews** | Answered Questions

SALE

Tap to zoom

**$9.99** reg $19.99

Size
Small

○ Free Pickup
   Not Available at LA-HOPE ST.

● Delivery to 90017
   Free 1-2 Day Shipping on $35+ ⓘ
   Order within **11 hours 31 mins** - Get it Fri, Jul 16

− 1 +   **ADD TO CART**

## Frequently Bought Together



☑ This Item: 5280DOG Red Nylon Braided Step-In Harness
★★★★ (32)

+ ☑ Good2Go Dog Deluxe Floatation Vest
★★★★ (116)

+ ☑ Good2Go Reflective Adjustable Dog Harness in Black
★★★★ (93)

Total Price: **$52.48**

**ADD ALL 3 TO CART**

# EXHIBIT B4





# EXHIBIT B5

Up to 50% off, shop the Ruff & Mews Sales while it lasts!

**petco**

Search...

Account

Your store: **LA-HOPE ST.**    Delivering to: **90017**

Services ⌄    Rewards ⌄    Monthly Offers    Live Help

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Personalized Dog Harnesses

# Coastal Pet Large Personalized Harness in Blue Lagoon

Coastal Pet    ★★★½☆    6 Reviews | Answered Questions

**$23.99**  reg $31.99

✎ Personalize before adding to cart.

Size
Large ⌄

**Free Pickup** Not Available

⦿ **Delivery to** 90017
**Shipping**
Order within **7 hours 30 mins** - Get it Tue, Aug 3

**PERSONALIZE**



Tap to zoom

## You May Also Like

Sponsored







# EXHIBIT B6

Up to 50% off, shop the Ruff & Mews Sales while it lasts!

**petco**

Search...

Account

Your store:  LA-HOPE ST.     Delivering to:  90017

Services     Rewards     Monthly Offers     Live Help

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Personalized Dog Harnesses

## Coastal Pet Large Personalized Harness in Flamingo Pink

Coastal Pet     ★★★☆☆  2 Reviews | Answered Questions

$23.99  reg $31.99

✎ Personalize before adding to cart.

Size
Large



Tap to zoom

**Free Pickup** Not Available

● **Delivery to** 90017

**Shipping**
Order within 7 hours 30 mins - Get it Tue, Aug 3

**PERSONALIZE**

## You May Also Like

Sponsored







# EXHIBIT B7

Up to 50% off, shop the Ruff & Mews Sales while it lasts!

# petco

Search...

Account

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Personalized Dog Harnesses

## Coastal Pet New Earth Adjustable Personalized Soy Comfort Wrap Dog Harness in Rose

Coastal Pet    ☆☆☆☆☆  0 Reviews  |  Answered Questions



**$36.74**  reg $48.99

✎ Personalize before adding to cart.

Size
Large ⌄

**Free Pickup** Not Available

◉ **Delivery to** 90017

**Shipping**
Order within **7 hours 30 mins** - Get it Tue, Aug 3

**PERSONALIZE**

## You May Also Like

Sponsored







# EXHIBIT B8

Up to 50% off, shop the Ruff & Mews Sales while it lasts!

petco

Search...

Account

Your store: **LA-HOPE ST.**   Delivering to: **90017**

Services ⌄   Rewards ⌄   Monthly Offers   Live Help

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Personalized Dog Harnesses

### Coastal Pet New Earth Adjustable Personalized Soy Comfort Wrap Dog Harness in Cranberry

**Coastal Pet**     ☆☆☆☆☆   0 Reviews | Answered Questions



Tap to zoom

**$36.74** reg $48.99

✎ Personalize before adding to cart.

Size
Large

**Free Pickup** Not Available

⦿ **Delivery to** 90017

**Shipping**
Order within **7 hours 29 mins - Get it Tue, Aug 3**

**PERSONALIZE**

## You May Also Like

Sponsored











# EXHIBIT B9

Up to 50% off, shop the Ruff & Mews Sales while it lasts!

# petco

Search...

Account

Your store: **LA-HOPE ST.**    Delivering to: **90017**

Services    Rewards    Monthly Offers    Live Help

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Personalized Dog Harnesses

## Coastal Pet Large Personalized Harness in Neon Pink

Coastal Pet    ★★★★☆    6 Reviews | Answered Questions



Tap to zoom

**$23.99** reg $31.99

✎ Personalize before adding to cart.

**Size**
Large

**Free Pickup** Not Available

● **Delivery to** 90017

**Shipping**
Order within 7 hours 29 mins - Get it Tue, Aug 3

**PERSONALIZE**

## You May Also Like

Sponsored







# EXHIBIT B10

Up to 50% off, shop the Ruff & Mews Sales while it lasts!

petco

Search...

Account

Your store: **LA-HOPE ST.**

Delivering to: **90017**

Services

Rewards

Monthly Offers

Live Help

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Personalized Dog Harnesses

# Coastal Pet New Earth Adjustable Personalized Soy Comfort Wrap Dog Harness in Olive

Coastal Pet

**2 Reviews** | Answered Questions



Tap to zoom

**$36.74** reg $48.99

Personalize before adding to cart.

Size
Large

**Free Pickup** Not Available

**Delivery to** 90017

**Shipping**
Order within 7 hours 29 mins - Get it Wed, Jul 21

**PERSONALIZE**

## You May Also Like

Sponsored







# EXHIBIT B11

Up to 50% off, shop the Ruff & Mews Sales while it lasts!

**petco**

Search... 🔍

Account ⌄

Your store: **LA-HOPE ST.**   Delivering to: **90017**

Services ⌄   Rewards ⌄   Monthly Offers   💬 Live Help

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Personalized Dog Harnesses

# Coastal Pet Large Personalized Harness in Hunter

**Coastal Pet**   ★★★★☆   4 Reviews | Answered Questions



Tap to zoom

**$21.99**  reg $31.99

✏️ Personalize before adding to cart.

Size
Large ⌄

**Free Pickup** Not Available

🔘 **Delivery to** 90017
**Shipping**
Order within **7 hours 29 mins - Get it Tue, Aug 3**

**PERSONALIZE**

## You May Also Like

Sponsored







# EXHIBIT B12

Up to 50% off, shop the Ruff & Mews Sales while it lasts!

**petco**

Search... 🔍

Account

Your store: **LA-HOPE ST.**    Delivering to: **90017**

Services ⌄    Rewards ⌄    Monthly Offers    💬 Live Help

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Personalized Dog Harnesses

# Coastal Pet Large Personalized Harness in Blue

Coastal Pet    ★★★★☆    6 Reviews | Answered Questions

$20.99 reg $27.99

✎ Personalize before adding to cart.

Size
Large ⌄

Free Pickup Not Available

● Delivery to 90017

Shipping
Order within **7 hours 28 mins - Get it Tue, Aug 3**

**PERSONALIZE**



Tap to zoom

## You May Also Like

Sponsored











# EXHIBIT B13

Up to 50% off, shop the Ruff & Mews Sales while it lasts!

**petco**

Search... 🔍

Account

🛒

📍 Your store: **LA-HOPE ST.**   🚚 Delivering to: **90017**

Services ⌄   Rewards ⌄   Monthly Offers   💬 Live Help

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Personalized Dog Harnesses

## Coastal Pet Large Personalized Harness in Purple

**Coastal Pet**   ★★★½☆   **9 Reviews** | **Answered Questions**



Tap to zoom

**$20.99** reg $27.99

✏️ Personalize before adding to cart.

Size
**Large** ⌄

**Free Pickup** Not Available

⦿ **Delivery to** 90017

**Shipping**
Order within **7 hours 28 mins** - Get it Wed, Jul 21

**PERSONALIZE**

## You May Also Like

Sponsored

    

# EXHIBIT B14

Up to 50% off, shop the Ruff & Mews Sales while it lasts!

# petco

Search...

Account

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / **Personalized Dog Harnesses**

## Coastal Pet Large Personalized Harness in Black

**Coastal Pet**          ★★★★☆  **10 Reviews** | **Answered Questions**



Tap to zoom

**$16.94**  reg $27.99

✎ Personalize before adding to cart.

Size
Large

**Free Pickup** Not Available

● **Delivery to** 90017

**Shipping**
Order within **7 hours 28 mins - Get it Wed, Jul 21**

**PERSONALIZE**

## You May Also Like

Sponsored







# EXHIBIT B15

Up to 50% off, shop the Ruff & Mews Sales while it lasts!

**petco**

Search... 🔍

Account ▾

🛒

📍 Your store: **LA-HOPE ST.**      🚚 Delivering to: **90017**

Services ▾      Rewards ▾      Monthly Offers      💬 Live Help

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Solid Dog Harnesses

## Good2Go Easy Step-In Black Comfort Dog Harness, Large/X-Large

**Good2Go**      ⭐⭐⭐⭐☆      88 Reviews | Answered Questions



Tap to zoom

**$9.99** reg $19.99

Size
Large/X-Large ▾

○ Free Pickup
**Not Available** at **LA-HOPE ST.**
Curbside pickup now available in select locations.

● **Delivery to 90017**
Free 1-2 Day Shipping on $35+ ⓘ
🔴 Out of Stock
**Notify Me When Available**

− 1 +      **NOT AVAILABLE**

## Frequently Bought Together



☑ This Item: Good2Go Easy Step-In Black Comfort Dog Harness
⭐⭐⭐⭐☆ (88)

☑ Good2Go Reflective Adjustable Dog Harness in Black
⭐⭐⭐⭐☆ (23)

☑ Harmony Glass Bowl Insert for Pets
⭐⭐⭐⭐⭐ (4)

Total Price: **$23.99**

**ADD ALL 3 TO CART**

# EXHIBIT B16



Up to 50% off, shop the Ruff & Mews Sales while it lasts!

## petco

Search...

Account

Your store:  LA-HOPE ST.        Delivering to:  90017

Services ⌄          Rewards ⌄          Monthly Offers          Live Help

Home / Dog / Dog Collars, Leashes & Harnesses / Dog Harnesses / Solid Dog Harnesses

### Good2Go Easy Step-In Pink Comfort Dog Harness, Medium

Good2Go    ★★★★☆    58 Reviews | Answered Questions

**$8.99**  reg $17.99

Size
Medium

○ Free Pickup
Not Available  at  LA-HOPE ST.
Curbside pickup now available in select locations.

● Delivery to 90017
Free 1-2 Day Shipping on $35+ ⓘ
⛔ Out of Stock
Notify Me When Available

−  1  +        NOT AVAILABLE

Tap to zoom

Feedback

## Frequently Bought Together



☑ This Item: Good2Go Easy Step-In Pink Comfort Dog Harness
★★★★☆ (58)

+

☑ Good2Go Reflective Adjustable Padded Dog Harness in Pink
★★★★☆ (31)

+

☑ Animaze Adjustable Exercise Black Pen for Dogs
★★★★☆ (766)

Total Price: **$59.48**

ADD ALL 3 TO CART

# EXHIBIT B17





# EXHIBIT B18

Up to 50% off, shop the Ruff & Mews Sales while it lasts!



☰  **petco**

Search...  🔍

👤 Account ⌄  |  🛒

📍 Your store: **LA-HOPE ST.**    🚚 Delivering to: **90017**

Services ⌄      Rewards ⌄      Monthly Offers      💬 Live Help

Home / Dog / Dog Training & Behavior / **Dog Training Harnesses**

### PetSafe 3 in 1 Harness, Small, Plum

**PetSafe**    ★★★★☆    **70 Reviews | Answered Questions**

**$27.95** reg $35.99

Tap to zoom

Size
Small ⌄

**Free Pickup** Not Available

🔘 Delivery to **90017**

Free 1-2 Day Shipping on $35+ ⓘ

Order within **32 hours 22 mins - Get it Thu, Jul 22**

−  1  +      **ADD TO CART**

Feedback

## Frequently Bought Together



☑ This Item: Petsafe Plum Three in One Harness
★★★★☆ (70)

+

☑ Harmony Mint Rubber Placemat
★★★★★ (18)

+

☑ Petstages Mini Dentachew Pack Dog Toy
★★★★☆ (21)

Total Price: **$44.93**

**ADD ALL 3 TO CART**

# EXHIBIT B19



Up to 50% off, shop the Ruff & Mews Sales while it lasts!

## petco

Search...

Account

Your store: **LA-HOPE ST.**    Delivering to: **90017**

Services ⌄    Rewards ⌄    Monthly Offers    Live Help

Home / Dog / Dog Training & Behavior / Dog Training Harnesses

### PetSafe 3 in 1 Harness, Extra Small, Black

**PetSafe**    ⭐⭐⭐⭐☆    **99 Reviews** | **Answered Questions**

**$27.95** reg $35.99

Tap to zoom

**Size**
X-Small

**Free Pickup** Not Available

⦿ **Delivery to** **90017**

Free 1-2 Day Shipping on $35+ ⓘ
🛑 Out of Stock
**Notify Me When Available**

− 1 +    NOT AVAILABLE

## Frequently Bought Together



✅ This Item: Petsafe Black Three in One Harness
⭐⭐⭐⭐☆ (99)

➕

✅ Good2Go Reflective Adjustable Padded Dog Harness in Orange
⭐⭐⭐⭐☆ (28)

➕

✅ JustFoodForDogs Daily Diets Fish & Sweet Potato Frozen Do...
⭐⭐⭐⭐☆ (416)

Total Price: **$47.40**

ADD ALL 3 TO CART

Feedback