NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
KILPATRICK TOWNSEND & STOCKTON LLP
Taylor J. Pfingst (State Bar No. 316516)
tpfingst@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles, CA  90067
Tel:  (310) 248-3830
Fax: (310) 860-0363

ATTORNEY(S) FOR: PETCO ANIMAL SUPPLIES STORES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RACHEL YATES

Plaintiff(s),

v.

PETCO ANIMAL SUPPLIES STORES, INC.

Defendant(s)

CASE NUMBER:

2:21-cv-6204 JAK-GJS

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Petco Animal Supplies Stores, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Petco Animal Supplies Stores, Inc. | Defendant |
| Petco Animal Supplies, Inc. | 100% owner of Petco Animal Supplies Stores, Inc. |
| Petco Holdings, Inc. LLC | 100% owner of Petco Animal Supplies, Inc. |
| Petco Health and Wellness Company, Inc. | 100% owner of Petco Holdings, Inc. LLC |

December 14, 2021
Date

/s/ Taylor J. Pfingst
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, Petco Animal Supplies Stores, Inc.

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES