1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| RACHEL YATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC.<br><br>　　　　Defendants. | Case No. 2:21-cv-6204 JAK-GJS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>[Filed Concurrently with Motion]<br><br>Assigned to Honorable John A. Kronstadt<br><br>Complaint Filed:　July 31, 2021 |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT
CASE NO. 2:21-CV-06204-JAK-GJS

|   |   |
|---|---|
| 1 | Now pending before the Court is Defendant Petco Animal Supplies Stores, Inc.'s ("Petco") Motion to Dismiss the Second Amended Complaint of Plaintiff Rachel Yates.  Having duly considered Defendant Petco's Motion to Dismiss, all opposition, reply and supplemental papers, arguments of counsel, and all other matters presented to the Court in relation to Defendant's Motion to Dismiss, and good cause appearing therefor: |

IT IS HEREBY ORDERED THAT:

1. Defendant Petco's Motion to Dismiss is GRANTED in its entirety; and

2. Plaintiff's causes of action, as pled in the Second Amended Complaint, are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:_____, 2022     _____
                               Hon. John A. Kronstadt
                               United States District Judge

---

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
SECOND AMENDED COMPLAINT                                                           - 1 -
CASE NO. 2:21-CV-06204-JAK-GJS

TOWNSEND 75488015 1