KILPATRICK TOWNSEND & STOCKTON
STEVEN D. MOORE (SBN CA 290875)
smoore@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

TAYLOR J. PFINGST (SBN 316516)
tpfingst@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 248-3830
Direct:      (310) 966-4955
Facsimile:  (310) 860-0363

DAVID A. REED (SBN GA 185146)
 (*Pro Hac Vice*)
dreed@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Direct: (404) 745-2548
Facsimile: (404) 541-3127

*Attorneys for Defendant*
PETCO ANIMAL SUPPLIES STORES, INC.

ZHEN LAW FIRM
Chris J. Zhen (SBN 275575)
chris.zhen@zhenlawfirm.com
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-071

*Attorneys for Plaintiff*
RACHEL YATES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| RACHEL YATES,<br><br>    Plaintiff,<br><br>  v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC.,<br><br>    Defendant. | Case No. 2:21-cv-06204-JAK-GJS<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[STIPULATED PER STANDING ORDER, ¶ 9(b), DOCKET NO. 13]**<br><br>SAC Filed:      Nov 22, 2021<br>Hearing Date:  Apr. 25, 2022 |

1. Plaintiff Rachel Yates ("Plaintiff") and Defendant Petco Animal Supplies Stores, Inc. ("Defendant"), by and through their respective counsel, submit this Stipulation to Extend Time for Plaintiff to Respond to Defendant's Motion to Dismiss ("Stipulation").

1. Defendant filed its Motion to Dismiss Second Amended Complaint on December 20, 2022 (Dkt. No. 33), set for hearing on April 25, 2022.

2. Pursuant to Paragraph 9(b) of the Court's Standing Order (Dkt. No. 13), Plaintiff's Opposition to the Motion to Dismiss is due to be filed on January 10, 2022.

3. Defendant's Reply in Support of its Motion to Dismiss is due on January 24, 2022.

**Plaintiff and Defendant hereby stipulate as follows:**

4. The deadline for Plaintiff to file its Opposition to the Motion to Dismiss shall be extended from January 10, 2022 to January 17, 2022.

5. The deadline for Defendant to file its Reply in Support of its Motion to Dismiss shall be extended from January 24, 2022 to January 31, 2022.

I, Chris J. Zhen, attest that the other signatory on this Stipulation concurs in the filing's content and has authorized the filing.

Dated: December 23, 2021       ZHEN LAW FIRM

By:   */s/ Chris J. Zhen*
      CHRIS J. ZHEN
      Attorneys for Plaintiff
      RACHEL YATES

| | | |
|---|---|---|
| 1 | DATED:  December 23, 2021 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | |
| 3 | | By:   */s/ Taylor J. Pfingst (w/express permission)* |
| 4 | | TAYLOR J. PFINGST |
| 5 | | Attorneys for Defendant PETCO ANIMAL SUPPLIES STORES, INC. |

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of December, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission, first class mail, and/or electronic mail.

By: __/Chris J. Zhen/__